312

DAYCO, Inc., Petitioner, Appellant,

v.

Paul J. GOLDSTEIN, Trustee,
Appellee.

No. 5007.

United States Court of Appeals
First Circuit.

Oct. 27, 1955.

James P. McGuire, Fall River, Mass., for appellant.

Sidney J. Kagan, Boston, Mass., with whom Richmond, Rosen & Kagan, Boston, Mass., was on brief, for appellee.

Before MAGRUDER, Chief Judge, and WOODBURY and HARTIGAN, Circuit Judges.

PER CURIAM.

The order of the District Court is affirmed.